99 So.2d 204

**Frank HARRIS**

v.

**STATE.**

8 Div. 915.

Supreme Court of Alabama.

Dec. 19, 1957.

John Patterson, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for petition.

Jas. N. Bloodworth, Decatur, opposed.

STAKELY, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Harris v. State, 99 So.2d 201.

Writ denied.

LIVINGSTON, C. J., and LAWSON, MERRILL and COLEMAN, JJ., concur.

96 So.2d 319

**James H. HUGULEY**

v.

**STATE.**

4 Div. 920.

Supreme Court of Alabama.

June 27, 1957.

John Patterson, Atty. Gen., and J. Noel Baker, Asst. Atty. Gen., for the petition.

Smith & Smith and W. R. Belcher, Phenix City, opposed.

LIVINGSTON, Chief Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Huguley v. State, 96 So.2d 315.

Writ denied.

All the Justices concur, except STAKELY, J., not sitting.

96 So.2d 437

**C. T. JOHNSON**

v.

**Louis DAVIS**

3 Div. 800.

Supreme Court of Alabama.

June 27, 1957.

Wm. J. Fuller, Jr., Montgomery, for petitioner.

L. H. Walden and Geo. W. Cameron, Jr., Montgomery, opposed.

GOODWYN, Justice.

Petition of Louis Davis for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Johnson v. Davis, 96 So.2d 432.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.